FILED
2009 Mar-26  AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| HOLLIE M. PARRISH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No.: 3:09-cv-296-PWG |
| | ) |
| FRANKLIN COLLECTION SERVICES, INC., | ) |
| a foreign corporation, and EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., a foreign | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF FRANKLIN COLLECTION SERVICES, INC.

COMES NOW Plaintiff, Hollie M. Parrish, by and through counsel, and gives notice to this Honorable Court that the Plaintiff has settled all pending claims with Defendant Franklin Collection Services, Inc.  That the Plaintiff hereby requests that the following stated Defendant be dismissed with prejudice from this lawsuit:  Defendant Franklin Collection Services, Inc.

RESPECTFULLY SUBMITTED this the 26th day of March, 2009.

/s/ Andy Nelms
K. Anderson Nelms (NEL022)
2005 Cobbs Ford Road, Suite 301-A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE AS TO FRANKLIN COLLECTION SERVICES, INC., by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto or through this court's CM/ECF Electronic Filing system to ensure delivery to :

All Attorneys of Record

/s/ Andy Nelms
OF COUNSEL