FILED
2010 Feb-09 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHWESTERN DIVISION</u>

| | |
|---|---|
| HOLLIE M. PARRISH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-296-NW |
| EXPERIAN INFORMATION SOLUTIONS, LLC, a foreign corporation, | ) |
| Defendant. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on January 19, 2010, recommending that the above-captioned action be dismissed for want of prosecution. The parties were allowed until February 5, 2010, in which to file objections. No objections have been filed to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is due to be DISMISSED for want of prosecution. A Final Judgment will be entered.

Done this <u>9th</u> day of <u>February 2010</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671