FILED
2010 Feb-09  AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHWESTERN DIVISION</u>

| | |
|---|---|
| HOLLIE M. PARRISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-296-NW |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, LLC, | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

<u>FINAL JUDGMENT</u>

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED that this action is DISMISSED for want of prosecution.

Done this <u>9th</u> day of <u>February 2010</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
**153671**